IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 05-cr-00333-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KOUROSH MOAYED KHAJAVI,

    Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant

    The following Minute Order is entered by Judge Walker D. Miller:

    Sentencing is continued to **September 8, 2010, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902. The joint status report is due August 9, 2010.

Dated: May 24, 2010

                                          s/ Jane Trexler, Judicial Assistant